# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1820
Lower Tribunal No. F98-19062A

_____

**Douglas Montgomery Lloyd,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Ana M. Davide, P.A., and Ana M. Davide, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. We affirm the trial court's denial of Appellant's successive and repetitive motion for post-conviction relief for the same reasons we had previously affirmed his appeals of similar decisions. Lloyd v. Crosby, 917 So. 2d 988 (Fla. 3d DCA 2005). See also Lloyd v. McNeil, 08-21660-CIV, 2009 WL 2424576, at *5 (S.D. Fla. Aug. 5, 2009).